# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ERIE INSURANCE EXCHANGE, | : No. 232 WAL 2021 |
| Respondent | : |
| v. | : Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| THOMAS L. SUTHERLAND AND LUCINDA S. SUTHERLAND, | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.